Frank Capek, Inc., Appellant, *v.* Loujack Estates, Inc.,
Respondent.

Submitted October 6, 1947; decided October 9, 1947.

*Abraham Wilson* for motion.

*Aaron Dorfman* and *Samuel Dorfman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not served and filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.